UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ELIZEBETH FORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:15-cv-00930 |
| ) | JUDGE CRENSHAW |
| ROY LEMELLE and ) | |
| BLAKE ROOSEVELT, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge, to which no timely objections have been filed. (Doc. No. 18.) On November 3, 2016, Plaintiff sent a letter to the Court asking for more time to find counsel. (Doc. No. 23.) As of the date of this Order, no counsel has entered an appearance for Plaintiff. The Court has reviewed the Report and Recommendation and conducted a de novo review of the record. The Report and Recommendation is **ADOPTED**.

Accordingly, Defendants' Motion to Dismiss (Doc. No. 10) is **GRANTED**. All claims are **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to exhaust her administrative remedies. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

The Court **CERTIFIES** that any appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3) (2006).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE